BEN SILVERMAN, Respondent, v. JOHN B. PAYNE, Director-General of Railroads, Appellant.

*False arrest — master and servant — respondeat superior — liability of railroad for action of employees in assisting in arrest of passenger whose companion on train had been accused of robbery.*

Silverman v. Payne, 201 App. Div. 880, affirmed.

(Submitted December 15, 1922; decided January 16, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for an alleged false arrest. Plaintiff and two others were passengers upon a New York Central train proceeding west from Buffalo. When they reached Cleveland, one of plaintiff's companions was accused of robbing a fellow-passenger and all three were taken by railroad officials and a city policeman to the office of the station master, and from there, in a patrol wagon, to police headquarters where they were searched and after being held three hours discharged. Defendant contended that the acts of the railroad officials were performed as police officers and not in the discharge of their duties as employees of the defendant.

*William Mann* and *Alexander S. Lyman* for appellant.
*Donald H. Millard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MICHAEL IUPPA et al., Respondents, v. AARON ANGERT et al., Appellants, Impleaded with Others.

*Mechanic's lien — foreclosure — building contract — alleged omission by inadvertence or mistake.*

Iuppa v. Angert, 202 App. Div. 777, affirmed.

(Argued December 15, 1922; decided January 16, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,